IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION et al.** | ) ) ) | |
| *Plaintiffs* | ) ) | |
| v. | ) ) | Case No. 1: 06CV00187 |
| **1815 A ST, CONDOMINIUM GROUP, LLC et al** | ) ) | Judge: Ricardo Urbina |
| *Defendants* | ) ) | |

**MOTION TO DISMISS
OF
DEFENDANTS 1815 A ST, CONDOMINIUM GROUP, LLC, NATIONAL TITLE SERVICES, LTD. AND HERBERT A. CALLIHAN
FOR
LACK OF SUPPLEMENTAL JURISDICTION AND OTHER GROUNDS**

Defendants 1815 A St, Condominium Group, LLC, National Title Services, Ltd. and Herbert A. Callihan hereby move pursuant to Federal Rules of Civil Procedure Rule 12 to dismiss this case for the following grounds:

1. This case is predominantly and overwhelmingly a State Law (District of Columbia) case. The principal Plaintiff, The Chelsea Condominium Unit Owners Association, is using two RESPA counts of the individual Plaintiffs in an attempt to bootstrap the jurisdiction of this Court. As to the "State Law Counts", specifically all eight counts with the exception of Counts Five and Six, as to which jurisdiction is based under RESPA and 28 USC 1332, the

Court lacks supplemental jurisdiction because they are NOT "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution" as required by 28 USC 1367(a).

2. Even if the State Law Counts were "so related", the Court should decline jurisdiction pursuant to 28 USC 1367 ( c ) the Court because the State Law claims substantially predominate over the RESPA claims over which this Court has original jurisdiction,

3. As to Count Two (Breach of Implied Warranty), Plaintiffs have failed to state a claim upon which relief can be granted because there are no such warranties that are applicable.

4. As to Count Three (Strict Liability), Plaintiffs have failed to state a claim upon which relief can be granted because there no cause of action called "Strict Liability" and the subject property that was sold is real estate and , by its nature, not "products".

5. As to Count Four ("Negligence") Plaintiffs have failed to state a claim upon which relief can be granted because no negligent acts have been alleged in the Complaint.

6. As to Count Six (RESPA Section 9, 12 USC 2608) Plaintiffs have failed to state a claim upon which relief can be granted as to Defendant National Title Services, LTD because 12 USC 2608 applies only to a "seller" of real

7. property and National Title was not and is not alleged to be a "seller".

7. As to Count Seven ("Fraud"), Plaintiffs have not alleged fraud with the specificity required by FRCP Rule 9 (b).

8. As to Count Eight (DC Consumer Procedures Act) Plaintiffs have failed to state a claim upon which relief can be granted because the Act is not applicable to sales of real estate under the rule of <u>Owens v. Curtis</u>, 432 A.2d 737 (DC App, 1981).

WHEREFORE, Defendants move that the case be dismissed for the above stated reasons and for the reasons stated in the Memorandum of Points and Authorities submitted herewith.

Respectfully Submitted,


_____/s/_____
Brian P. Murphy #71399
1912 Sunderland Pl. NW
Washington DC  20036
(202) 530-7155
Fax (202) 530-7166
E Mail  BMurphy@aol.com

Attorney for Defendants 1815 A St, Condominium Group, LLC,
National Title Services, Ltd. and Herbert A.  Callihan


### HERARING REQUEST

Oral hearing is respectfully requested.

_____/s/_____
Brian P. Murphy