IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION et al.** | ) ) ) | |
| *Plaintiffs* | ) ) | |
| v. | ) ) | Case No. 1: 06CV00187 |
| **1815 A ST, CONDOMINIUM GROUP, LLC et al** | ) ) | Judge: Ricardo Urbina |
| *Defendants* | ) ) | |

**ORDER**

UPON CONSIDERATION of the Motion To Dismiss filed by Defendants 1815 A St, Condominium Group, LLC, National Title Services, Ltd. and Herbert A. Callihan seeking dismissal of this case for Lack Of Supplemental Jurisdiction and on other grounds; and

IT APPEARING that good cause has been shown, it is by the Court

ORDERED. this ____ day of _____, 2006 that this case be and hereby is dismissed without prejudice to the bringing of the subject actions in the appropriate court or courts, each party to bear its own costs.

_____

Judge