AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Chelsea Condominium Unit Owners
Association, et al.

**SUMMONS IN A CIVIL CASE**

V.

1815 A St, Condominium Group, LLC, et al.

CASE NUMBER   1:06CV00187

JUDGE: Ricardo M. Urbina

CASE

DECK TYPE: General Civil

DATE STAMP: 02/03/2006

TO: (Name and address of Defendant)

John F. Casey
4603 Woodfield Road
Bethesda, Maryland 20814

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan K. Tycko
Kathleen R. Hartnett
Tycko, Zavareei & Spiva LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     FEB - 3 2006
CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
| --- | --- |
| Service of the Summons and complaint was made by me[(1)] * | DATE<br>03-26-06 at 3:45 p.m. |
| NAME OF SERVER *(PRINT)*<br>Frederick Parsons, Jr. | TITLE<br>Private Process Server |
| *Check one box below to indicate appropriate method of service* ||

    G  Served personally upon the defendant. Place where served: _____

    ☒  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left:   <u>Michael Probie, housemate</u>

    G  Returned unexecuted: _____

    G  Other (specify): _____

| STATEMENT OF SERVICE FEES |||
| --- | --- | --- |
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>03-27-06</u>
                Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

    *  <u>Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order</u>

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.