IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION et al.** )<br>)<br>*Plaintiffs* )<br>v. )<br>) <br>**1815 A ST, CONDOMINIUM GROUP, LLC et al** )<br>)<br>*Defendants* ) | Case No. 1: 06CV00187<br>Judge: Ricardo Urbina |

### MOTION TO DISMISS
### OF
### DEFENDANT JOHN CASEY
### FOR
### LACK OF SUPPLEMENTAL JURISDICTION AND OTHER GROUNDS

Defendant John Casey, by his attorney, hereby moves pursuant to Federal Rules of Civil Procedure Rule 12 to dismiss this case on the grounds and for the reasons set forth in the in the now pending Motion to Dismiss of Defendants 1815 A St, Condominium Group, LLC, National Title Services, Ltd. and Herbert A. Callihan. Defendant Casey joins in said Motion which is incorporated herein by reference

Respectfully Submitted,

_____/s/_____
Brian P. Murphy #71399
1912 Sunderland Pl. NW
Washington DC  20036
(202) 530-7155
Fax (202) 530-7166
E  Mail  BMurphy@aol.com

Attorney for Defendant John Casey

## POINTS AND AUTHORITIES

Defendant John Casey incorporates by reference the Memorandum of Points and Authorities submitted in support of the pending Motion to Dismiss of Defendants 1815 A St, Condominium Group, LLC, National Title Services, Ltd. and Herbert A. Callihan.

_____/s/_____
Brian P. Murphy

## HERARING REQUEST

Oral hearing is respectfully requested.

_____/s/_____
Brian P. Murphy