## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE CHELSEA CONDOMINIUM UNIT
OWNERS ASSOCIATION, et al.

                Plaintiffs,

      v.

1815 A ST, CONDOMINIUM GROUP, LLC,
et al.,

                Defendants.

Civil Action No. 1:06-CV-00187-RMU

## PLAINTIFFS' RESPONSE TO MOTION TO DISMISS OF
## DEFENDANT JOHN CASEY

      Plaintiffs, The Chelsea Condominium Unit Owners Association, Nicole DeGraffenreed, Shikha Bhatnagar and Joellynn Schulz (collectively, "Plaintiffs"), respectfully submit this response to the Motion To Dismiss Of Defendant John Casey For Lack Of Supplemental Jurisdiction And Other Grounds (the "Casey Motion To Dismiss").

      The Casey Motion To Dismiss merely incorporates the motion to dismiss previously filed by defendants 1815 A St, Condominium Group, LLC, National Title Services, Ltd., and Herbert A. Callihan. Plaintiffs filed a memorandum of points and authorities in opposition to that motion on March 27, 2006. In response to the Casey Motion To Dismiss, Plaintiffs hereby incorporate by reference their March 27, 2006 memorandum of points and authorities, and on the basis of the arguments set forth therein, ask that the Court deny the Casey Motion To Dismiss.

Respectfully submitted,


_____/s/_____
Jonathan K. Tycko
  D.C. Bar No. 445851
Kathleen R. Hartnett
  D.C. Bar No. 483250
TYCKO, ZAVAREEI & SPIVA LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzslaw.com

*For Plaintiffs, The Chelsea Condominium Unit Owners Association, Nicole DeGraffenreed, Shikha Bhatnagar and Joellynn Schulz*