# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-00187-RMU |

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L. Cv. R. 16.4(a), and upon consideration of the Plaintiffs' Report Pursuant To Local Civil Rule 16.3, it is hereby ORDERED that the following schedule shall apply in this action:

All written discovery shall be served on or before June 26, 2006.

All amendments to the pleadings shall be made, and all additional parties joined, on or before June 26, 2006.

Plaintiffs shall serve any expert reports on or before June 26, 2006.

Defendants shall serve any expert reports on or before July 26, 2006.

Fact discovery shall be completed on or before August 25, 2006.

Expert discovery shall be completed on or before September 25, 2006.

Dispositive motions shall be filed on or before October 10, 2006.

A pretrial conference shall be held on _____.

SO ORDERED this _____ day of _____, 2006.

_____
Judge Ricardo M. Urbina