IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:06-CV-00187-RMU |

## CONSENT MOTION FOR ENTRY OF SCHEDULING ORDER

  Plaintiffs hereby respectfully move the Court for the entry of a Scheduling Order in this action. In support of this motion, plaintiffs state as follows:

  1. On May 11, 2006, plaintiffs filed their Report Pursuant To Local Civil Rule 16.3, and with that Report also filed a proposed Scheduling Order.

  2. On June 2, 2006, a telephone conference was convened by the Court's law clerk with undersigned counsel and defendants' counsel, Brian Murphy. During that telephone conference, the Court's law clerk stated that defendants would have until June 5, 2006 to file any objection to the proposed Scheduling Order, and that if no objection was filed, the Scheduling Order would likely be entered by the Court.

  3. Defendants did not file any objection to plaintiffs' proposed Scheduling Order.

  4. To date, the Court has not entered a Scheduling Order.

5.	Because of the passage of time, the deadlines proposed by plaintiffs in connection with their May 11, 2006 filing are no longer practicable. Accordingly, plaintiffs are submitting herewith a new proposed Scheduling Order, with new proposed deadlines.

6.	So that this litigation can be conducted and resolved in an orderly fashion, plaintiffs request that the Court enter this new proposed Scheduling Order or, in the alternative, conduct a conference with counsel so that a schedule can be established.

7.	Pursuant to L. Cv. R. 7(m), plaintiffs' counsel conferred with defendants' counsel, Brian Murphy, who consents to the schedule set forth in the proposed Scheduling Order submitted herewith.

Respectfully submitted,

_____/s/_____
Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzlegal.com

*For Plaintiffs*