IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:06-CV-00187-RMU |

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L. Cv. R. 16.4(a), and upon consideration of plaintiffs' Consent Motion For Entry Of Scheduling Order, it is hereby ORDERED that the following schedule shall apply in this action:

All written discovery shall be served on or before September 29, 2006.

All amendments to the pleadings shall be made, and all additional parties joined, on or before September 29, 2006.

Plaintiffs shall serve any expert reports on or before October 13, 2006.

Defendants shall serve any expert reports on or before November 10, 2006.

Fact discovery shall be completed on or before December 8, 2006.

Expert discovery shall be completed on or before January 5, 2007.

Dispositive motions shall be filed on or before January 19, 2007.

A pretrial conference shall be held on _____.

2

SO ORDERED this _____ day of _____, 2006.

_____
Ricardo M. Urbina
United States District Judge