IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>  Defendants. | Civil Action No. 1:06-CV-00187-RMU |

**CONSENT MOTION TO EXTEND
DEADLINE FOR FACT DISCOVERY**

Plaintiffs hereby respectfully move the Court for the entry of an Order extending the deadline for fact discovery by thirty (30) days. In support of this motion, plaintiffs state as follows:

1. On September 5, 2006, the Court entered a Minute Order entering a scheduling order in this action. Pursuant to that scheduling order, fact discovery is to be completed by December 8, 2006.

2. A deposition of a third-party witness, Osmin Rodriguez, was scheduled for today, December 6, 2006. Although a subpoena was served on Mr. Rodriguez, he did not appear at the deposition, and attempts to contact him were not successful. Accordingly, this deposition may need to be rescheduled for a date subsequent to the current December 8, 2006 deadline.

3. This single deposition is the only fact discovery that has not yet been completed.

4. Accordingly, plaintiffs request that the Court extend the discovery deadline by thirty (30) days, so as to allow time for the rescheduling of the deposition of Mr. Rodriguez or, if Mr. Rodriguez does not cooperate in the conduct of his deposition, for the filing of a motion with the Court to compel his attendance.

5. Pursuant to L. Cv. R. 7(m), plaintiffs' counsel conferred with defendants' counsel, Brian Murphy, who consents to the thirty (30) day extension sought by way of this motion.

Respectfully submitted,

_____/s/_____
Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzlegal.com

*For Plaintiffs*