IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>        Defendants. | Civil Action No. 1:06-CV-00187-RMU |

**ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO
EXTEND DEADLINE FOR FACT DISCOVERY**

Upon consideration of Plaintiffs' Consent Motion To Extend Deadline For Fact Discovery, and for good cause shown, it is hereby ORDERED:

1. That said motion is GRANTED;

2. That all fact discovery shall be completed on or before January 8, 2007.

In all other respects, the scheduling order entered on September 5, 2006 shall remain in effect.


Dated: _____          _____
                                                   Ricardo M. Urbina
                                                   United States District Judge