IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>        Defendants. | Civil Action No. 1:06-CV-00187-RMU |

**CONSENT MOTION FOR LEAVE TO
FILE FIRST AMENDED COMPLAINT**

Plaintiffs hereby respectfully respectfully move the Court, pursuant to Fed. R. Civ. P. 15(a) and L. Civ. R. 15.1, for an Order granting leave to file a First Amended Complaint. In support of this motion, Plaintiffs state as follows:

1. The proposed First Amended Complaint is submitted herewith as Exhibit A.

2. Leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962). Thus, as this Court has recognized, a "'virtual presumption'" exists in favor of granting a motion to amend "'unless there are sound reasons for denying it.'" *Smith v. Gutter Covers of Maryland &*

*Virginia*, 2005 WL 3276280, *2 (D.D.C. 2005) (quoting *Pannell v. District of Columbia,* 829 A.2d 474, 477 (D.C. 2003)).

3.      Here, no "sound reasons" exist for denying leave to amend. The new claims alleged in the First Amended Complaint all arise out of certain facts that were learned by Plaintiffs only recently during the deposition of defendant Herbert Callihan. Plaintiffs have not unduly delayed the assertion of these claims, and are not making these claims in bad faith or for any dilatory reason.

4.      Defendants will not suffer any undue prejudice. The facts relating to the new claims are all within the possession of the Defendants themselves, and no new discovery will be needed by Defendants to defend against these claims.

5.      No trial date has yet been set in this case. Accordingly, the filing of the First Amended Complaint will delay the ultimate resolution of this case.

6.      Pursuant to L. Civ. R. 7(m), counsel for Plaintiffs has conferred with counsel for Defendants, who has consented to the filing of the First Amended Complaint.

For these reasons, the Court should grant this motion. A proposed Order is submitted herewith.

Respectfully submitted,


_____/s/_____
Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzlegal.com

*For Plaintiffs*

3