IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>Defendants. | Civil Action No. 1:06-CV-00187-RMU |

**ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Upon consideration of plaintiffs' Consent Motion For Leave To File First Amended Complaint, and for good cause shown, it is hereby ORDERED:

1. That said motion is GRANTED;

2. That pursuant to Local Civil Rule 15.1, the First Amended Complaint shall be deemed to have been filed and served by mail as of the date of this Order.

Dated: _____    _____
　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　United States District Judge