**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| THE CHELSEA CONDOMINIUM UNIT | : | | |
| OWNERS ASSOCIATION, | : | | |
| NICOLE DeGRAFFENREED, | : | | |
| SHIKHA BHATNAGAR, | : | | |
| and JOELLYNN SCHULZ | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 06-187 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 3, 4, 7 |
| | : | | |
| 1815 A ST., CONDOMINIUM GROUP, LLC , | : | | |
| HERBERT A. CALLIHAN, | : | | |
| JOHN F. CASEY, | : | | |
| and NATIONAL TITLE SERVICES, LTD. | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING IN PART AND DENYING IN PART THE DEFENDANTS' MOTION TO DISMISS**

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it

is this 3rd day of January, 2007,

**ORDERED** that the defendant's motion to dismiss is **GRANTED** in part and **DENIED**

in part .

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge