IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHELSEA CONDOMINIUM UNIT OWNERS ASSOCIATION, et al.<br><br>                Plaintiffs,<br><br>        v.<br><br>1815 A ST, CONDOMINIUM GROUP, LLC, et al.,<br><br>                Defendants. | Civil Action No. 1:06-CV-00187-RMU |

**STIPULATION OF DISMISSAL WITHOUT
PREJUDICE, AND RELATED AGREEMENTS**

Plaintiffs, The Chelsea Condominium Unit Owners Association, Nicole DeGraffenreed, Shikha Bhatnagar and Joellynn Schulz (collectively, "Plaintiffs"), and defendants, 1815 A St, Condominium Group, LLC, Herbert A. Callihan, John F. Casey, and National Title Services, Ltd. (collectively, "Defendants"), through undersigned counsel, hereby stipulate and agree as follows:

1.     This action is hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a).

2.     The parties agree that all claims that were alleged in this action shall be re-filed in the Superior Court of the District of Columbia (the "Superior Court").

3.     Undersigned counsel for the Defendants shall accept service, on behalf of the Defendants, of the complaint to be filed by Plaintiffs in the Superior Court, and the summonses that shall issue in connection therewith.

4. With respect to the complaint to be filed in the Superior Court, Defendants agree that they shall not remove that complaint, or any of the claims asserted therein, to federal court, but shall instead agree to the jurisdiction of the Superior Court over all such claims.

5. The parties agree that all discovery taken in this action shall be treated as having been taken in the action to be initiated in the Superior Court, and further agree that no further formal discovery shall be taken, except upon a showing that good cause for such discovery arose subsequent to the filing of this stipulation; provided, however, that Defendants may, subject to any scheduling order entered by the Superior Court, designate an expert witness as to the structure and condition of the subject property and damages, and said expert may be deposed by Plaintiffs.

6. Defendants agree that, for statute of limitations purposes, the complaint to be filed by Plaintiffs in Superior Court shall be deemed to have been filed as of the date of the filing of this action in federal court (namely, February 3, 2006).

7. The parties agree that the terms of this stipulation are being entered into as a result of the Court's ruling of January 3, 2007, and the parties' mutual desire to resolve this litigation in an efficient manner that does not impose undue burden on either the parties or the courts, and their conclusion that having all of the claims asserted in this case adjudicated in a single case best serves those goals.

[signatures on following page]

Respectfully submitted,


_____/s/_____
Jonathan K. Tycko
  D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzlegal.com

*For Plaintiffs*


_____/s/_____
Brian P. Murphy
  D.C. Bar No. 71399
GRIFFIN & MURPHY, LLP
1912 Sunderland Place, N.W.
Washington, D.C. 20036
(202) 530-7155
(202) 530-7166 (fax)
bmurphy470@aol.com

*For Defendants*

3